UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                           Plaintiff,

    -against-

MAERSK LINE, LTD.; MAERSK A/S,

                          Defendants.

------------------------------------- x

MEMORANDUM DECISION
AND ORDER

20 Civ. 3288 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The October 15, 2020 conference is cancelled. This Court will hear oral argument on Defendants' motion to dismiss, (ECF No. 29), on December 17, 2020 at 10:30 a.m.

Dated: New York, New York
       October 8, 2020

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge