**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                                Plaintiff,

             -against-

MAERSK LINE, LTD.; MAERSK A/S,

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                         ORDER

                              20 Civ. 3288 (GBD)

DEC 0 7 2020

GEORGE B. DANIELS, United States District Judge:

    The December 17, 2020 oral argument is cancelled.

Dated: New York, New York
       December 7, 2020

                         SO ORDERED.

                         _George B. Daniels_
                         GEORGE B. DANIELS
                         United States District Judge