UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                              Plaintiff,

          -against-                                     20 **CIVIL** 3288 (GBD) (RWL)

## **JUDGMENT**

MAERSK LINE LTD. and MAERSK A/S,

                              Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 18, 2021, Magistrate Judge Lehrburger's Report is Adopted; Defendants' motion to dismiss Plaintiff's complaint, (ECF No. 20) is granted to the extent that the case is stayed pending arbitration, pursuant to Defendants' requested alternative relief; accordingly, this case is closed.

**Dated:** New York, New York

          March 19 , 2021

                                                                     **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                           **BY:**

                                                                          **Deputy Clerk**